ROBERT CONKLIN v. NEW JERSEY STATE PAROLE BOARD.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JORGE LUIS NIEBLA.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY DAVIS.

February 16, 1988.

Petition for certification denied.

SOUTHEAST MALL v. BERKELEY WATER COMPANY AND
BOARD OF PUBLIC UTILITIES.

February 16, 1988.

Petition for certification denied.